UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARIA EDUARDA LISBON ) 
FERRO, )
 )
    Petitioner, )
 )
v. )   Civil No. 2:25-cv-00513-SDN
 )
PATRICIA HYDE, et al., )
 )
    Respondents. )

## JUDGMENT

In accordance with the Order Denying Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on October 27, 2025;

JUDGMENT is hereby entered for the Respondents, and against Petitioner Maria Eduarda Lisbon Ferro, the verified petition for writ of habeas corpus is denied without prejudice.

ERIC M. STORMS
ACTING CLERK

Dated: October 27, 2025          By:    /s/ Meghan York
                                               Deputy Clerk